[RD 2/4/2020] [signature]

# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __James Orenstein__    DATE: __1/31/20__

DOCKET NUMBER: __20CR31(DLI)__    LOG #: __11:29 – 11:32__

DEFENDANT'S NAME: __Gerod Woodberry__
✓ Present  ___ Not Present  ✓ Custody  ___ Bail

DEFENSE COUNSEL: __Samuel Jacobson__
✓ Federal Defender  ___ CJA  ___ Retained

A.U.S.A: __Jack Dennehy__    CLERK: __Felix Chin__

INTERPRETER: _____ (Language) _____

✓ Defendant arraigned on the: ✓ indictment  ___ superseding indictment  ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.  ___ Defendant's first appearance.

    ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
    ___ Defendant advised of bond conditions set by the Court and signed the bond.
    ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
    ___ (Additional) surety/ies to co-sign bond by _____
    ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start __1/31/20__ Stop __2/24/20__

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for __2/24/20__ @ __10:00 AM__ before Judge __Irizarry__

Other Rulings: _____